Paul D. Tripodi II  (ptripodi@sidley.com)
SIDLY AUSTIN LLP
555 W. Fifth Street, Suite 4000
Los Angeles, CA  90013
Telephone (213) 896-6000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MEDIA NETWORKS, LLC, | **CASE NUMBER:** |
| PLAINTIFF(S) | CV-11-10474-GAF (JCGx) |
| v. | |
| GOGO LLC ET AL. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

See attached list.

**Document Description:**

☐    Administrative Record

☐    Exhibits

☐    Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑    Other    See attached list.

**Reason:**

☑    Under Seal

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☐    Per Court order dated _____

☐    Manual Filing required ( *reason* ):

| | |
|---|---|
| February 11, 2013 | /s/ Thomas D. Rein |
| Date | Attorney Name |
| | Defendants |
| | Party Represented |

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*

## **APPENDIX**

1)  Declaration of Patrick J. Walsh in Support of Defendants' Motion for Summary Judgment

2)  Exhibits A and C to the Declaration of Patrick J. Walsh in Support of Defendants' Motion for Summary Judgment

3)  Exhibits A and B to the Declaration of Ronald A. Wahler in Support of Defendants' Motion for Summary Judgment

4)  Exhibits 4–6 and 14–15 to the Declaration of Gwen H. Stewart in Support of Defendants' Motion for Summary Judgment

5)  Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment

6)  Defendants' Statement of Facts in Support of Defendants' Motion for Summary Judgment.