**Thomas D. Rein (*Pro Hac Vice*)**
trein@sidley.com
**Stephanie P. Koh (*Pro Hac Vice*)**
skoh@sidley.com
**Bryan C. Mulder (*Pro Hac Vice*)**
bmulder@sidley.com
**Gwen Hochman Stewart (*Pro Hac Vice*)**
gstewart@sidley.com
**SIDLEY AUSTIN LLP**
**One South Dearborn**
**Chicago, IL 60603**
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

**Tung T. Nguyen (*Pro Hac Vice*)**
tnguyen@sidley.com
**SIDLEY AUSTIN LLP**
**717 North Harwood, Suite 3400**
**Dallas, TX 75201**
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

**Paul D. Tripodi II, SBN 162380**
ptripodi@sidley.com
**Geoffrey R. Beatty, SBN 268461**
gbeatty@sidley.com
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California 90013**
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MEDIA NETWORKS, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> GOGO LLC, AIRCELL BUSINESS AVIATION SERVICES LLC, BOMBARDIER AEROSPACE CORPORATION, DELTA AIR LINES INC., LEARJET INC., NETJETS INC., UNITED AIR LINES, INC. AND XOJET, INC., <br><br> Defendants. | Case No. 2:11-cv-10474-GAF-JCG <br><br> Assigned to: Hon. Gary Allen Feess <br><br> **NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: March 18, 2013 <br> Time: 9:30 A.M. <br> Place: Courtroom 740 – Roybal |

TO PLAINTIFF ADVANCED MEDIA NETWORKS, L.L.C., AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday, March 18, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard in the above-entitled court, located at Courtroom 740, Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012, Defendants Gogo LLC ("Gogo"), Aircell Business Aviation Services LLC ("Aircell"), Bombardier Aerospace Corporation ("BAC"), Delta Air Lines Inc. ("Delta"), Learjet Inc. ("Learjet"), NetJets Inc. ("NetJets"), United Air Lines Inc. ("United"), and XOJET, Inc. ("XOJET") (collectively "Defendants") will and hereby do move for summary judgment of non-infringement of all asserted claims of U.S. Patent No. 5,960,074 ("the '074 patent") or, in the alternative, invalidity, depending upon which of the proposed claim constructions are adopted. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 18, 2013.

The grounds for this motion are set forth in the Memorandum In Support of Defendants' Motion for Summary Judgment, filed concurrently herewith. This motion is based upon the accompanying Memorandum In Support of Defendants' Motion for Summary Judgment, Defendants' Separate Statement of Undisputed Facts In Support of Defendants' Motion for Summary Judgment, the Declarations of Patrick J. Walsh, Ronald A. Wahler, and Gwen H. Stewart, and exhibits thereto, as well as such other matters of which the Court may take judicial notice and such other oral and documentary evidence and argument as may be presented in conjunction with the hearing of this motion. A Proposed Judgment is also being filed concurrently herewith.

Respectfully submitted,

SIDLEY AUSTIN LLP

Dated: February 11, 2013

By: /s/ Thomas D. Rein
Thomas D. Rein

Thomas D. Rein (*Pro Hac Vice*)
trein@sidley.com
Stephanie P. Koh (*Pro Hac Vice*)
skoh@sidley.com
Bryan C. Mulder (*Pro Hac Vice*)
bmulder@sidley.com
Gwen Hochman Stewart (*Pro Hac Vice*)
gstewart@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Tung T. Nguyen (*Pro Hac Vice*)
tnguyen@sidley.com
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Paul D. Tripodi II, SBN 162380
ptripodi@sidley.com
Geoffrey R. Beatty, SBN 268461
gbeatty@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys of Record for Defendants